UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE CARMEN OCHOA-RAMOS,<br><br>    Defendant. | NO. CR-05-2095-LRS<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |

On September 29, 2005 the Court held a pretrial conference in the above-referenced matter. Jerry Talbott appeared on behalf of the Defendant and Robert Ellis appeared on behalf of the Government. The following Order is to memorialize and supplement the Court's oral rulings. **IT IS HEREBY ORDERED:**

    1. Defendant's Motion to Dismiss (Ct. Rec. 30) is **DENIED** without prejudice for the reasons stated on the record.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel.

    **DATED** this ___30th___ day of September, 2005.

                                    s/Lonny R. Suko
                         _____
                                 LONNY R. SUKO
                           United States District Judge

ORDER . . . - 1